UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

GEOFFREY EDELSTEN,

    Debtor.
_____/

Case No. 14-19613-JKO[1]

Chapter 7

SONEET R. KAPILA, as Chapter 7 Trustee
for the bankruptcy estate of Geoffrey Edelsten,

    Plaintiff,

v.

WEST STAR AVIATION, INC., a
Colorado corporation,

    Defendant.
_____/

**Adv. Proc. No. 16-01027-JKO**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Order listed below was served as follows: (a) based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF, on the date the Order was entered on the court docket, to those parties registered to receive NEF in this case, as indicated on the below Service List.

*Order Dismissing Adversary Proceeding with Prejudice* [ECF No. 41].

---

[1] *In re N770GE LLC*, Case No. 14-19619, ("Airplane Case") was substantively consolidated here by Order [ECF No. 374] dated November 10, 2014.

Dated: August 17, 2016.

                                            Respectfully submitted,

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 789-3200
Facsimile:    (305) 789-3395

By:  /s/ Kristopher E. Pearson, Esq.
     Kristopher E. Pearson
     Florida Bar No. 0016874
     kpearson@stearnsweaver.com
     *Counsel for Trustee Kapila*

## SERVICE LIST
### Adv. Case No. 16-01027-JKO
### United States Bankruptcy Court, Southern District of Florida

The following parties are registered to receive Notice of Electronic Filing and were served through CM/ECF.

Patricia A Redmond
predmond@stearnsweaver.com
jmartinez@stearnsweaver.com
bank@stearnsweaver.com
rross@stearnsweaver.com
cgraver@stearnsweaver.com
*Counsel for Soneet R. Kapila*

Kristopher J. Pearson
kpearson@stearnsweaver.com
bank@stearnsweaver.com
rross@stearnsweaver.com
larrazola@stearnsweaver.com
cgraver@stearnsweaver.com
*Counsel for Soneet R. Kapila*

Kristopher Aungst,
kea@trippscott.com
lxc@trippscott.com
rla@trippscott.com
*Counsel for Defendants*